PER CURIAM.
Affirmed. See § 810.011(4), Fla. Stat. (1989); Carbajal v. State, 75 So.3d 258 (Fla.2011); DuBoise v. State, 520 So.2d 260 (Fla.1988); State v. King, 426 So.2d 12 (Fla.1982); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. *74 State, 884 So.2d 321 (Fla. 2d DCA 2004); Mosely v. State, 688 So.2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So.2d 52 (Fla. 2d DCA 1985); Sanchez v. State, 979 So.2d 1004 (Fla. 3d DCA 2008); Foss v. State, 834 So.2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); State v. Hawkins, 790 So.2d 492 (Fla. 5th DCA 2001); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998); Messina v. State, 728 So.2d 818 (Fla. 1st DCA 1999); Lemus v. State, 641 So.2d 177 (Fla. 5th DCA 1994).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.